NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MOHAMMAD MOSTAJABIAN,                )
                                     )
          Appellant/Cross-Appellee,  )
                                     )
v.                                   )          Case No. 2D17-319
                                     )
BEHROKH AHMADI,                      )
                                     )
          Appellee/Cross-Appellant.  )
_____)

Opinion filed March 2, 2018.

Appeal from the Circuit Court for Pinellas
County; Susan St. John, Judge.

Jane H. Grossman, St. Petersburg, for
Appellant/Cross-Appellee.

Kristin A. Norse and Stuart C. Markman of
Kynes, Markman & Felman, P.A., Tampa,
for Appellee/Cross-Appellant.



PER CURIAM.


          Affirmed.


LaROSE, C.J., and KHOUZAM and LUCAS, JJ., Concur.